# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 4:01cr21-RH/WCS
4:07cv263-RH/WCS

MORRIS DEWAYNE GREEN,

    Defendant.

_____/

## ORDER DENYING §2255 MOTION

This matter is before the court on the magistrate judge's report and recommendation (document 50) and the objections thereto (document 52). I have reviewed *de novo* the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk shall enter judgment stating, "Defendant's motion for relief under 28 U.S.C. §2255 (document 46) is DENIED WITH PREJUDICE as untimely." The clerk shall close the file.

SO ORDERED this 13th day of November, 2007.

                                    s/Robert L. Hinkle
                                    Chief United States District Judge